WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DAVID BOLLINGER,**                                            CV # 05-1690-HO

        Plaintiff,

vs.                                                            ORDER

**COMMISSIONER of Social Security,**

        Defendant.

_____

        Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's counsel, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  The check shall be sent

to Tim Wilborn's address, above.

        DATED this 21st day of _____Dec._____, 2006.

                                                    _____
                                                    United States District Judge

Submitted on December 20, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
    Attorney for Plaintiff

ORDER - Page 1